15 MAG 597          ORIGINAL

Approved: _____
          ANDREW D. BEATY
          Assistant United States Attorney

Before:   HONORABLE KEVIN NATHANIEL FOX
          United States Magistrate Judge
          Southern District of New York

- - - - - - - - - - - - - - - - - - - - - - - - - -X
                                                    :
UNITED STATES OF AMERICA,                           :
                                                    :
          - v. -                                    :
                                                    :
MARASH MERNACAJ,                                    :
                                                    :
                    Defendant.                      :
                                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - -X

**SEALED COMPLAINT**

Violation of 18
U.S.C. §§ 1015(a),
1425(b), and 2

COUNTY OF OFFENSE:
BRONX

SOUTHERN DISTRICT OF NEW YORK, ss.:

          KEVIN J. FALK, being duly sworn, deposes and says that he is a Special Agent with the United States Immigration and Customs Enforcement ("ICE"), Homeland Security Investigations ("HSI"), and charges as follows:

COUNT ONE
(False Statement Under Oath in a Matter Relating to Naturalization or Citizenship)

          1.    From in or about 2012 through in or about 2015, in the Southern District of New York, MARASH MERNACAJ, the defendant, unlawfully, willfully, and knowingly made false statements under oath, in a case, proceeding, and matter relating to, and under, and by virtue of any law of the United States relating to naturalization, citizenship, and registry of aliens, to wit, MERNACAJ forged the signatures of medical professionals on N-648 Forms (Medical Certification for Disability Exceptions), and signed his own name certifying that he served as interpreter for examinations that did not in fact occur, and thereafter caused the N-648 Forms to be submitted to immigration officials.

          (Title 18, United States Code, Sections 1015(a) and 2.)

1

COUNT TWO
(Procurement of Naturalization Unlawfully)

2.    From in or about 2012 through in or about 2015, in the Southern District of New York, MARASH MERNACAJ, the defendant, for another person, knowingly did issue, procure and obtain, and apply for and otherwise attempt to procure and obtain naturalization and citizenship, and a declaration of intent to become a citizen, and a certificate of arrival and any certificate and evidence of naturalization and citizenship, documentary and otherwise, to wit, MERNACAJ submitted and caused to be submitted to the United States Citizenship and Immigration Services ("USCIS") N-648 Forms (Medical Certification for Disability Exceptions), knowing the applicants were not entitled to naturalization because the Form N-648 applications contained false statements and forged medical certifications.

(Title 18, United States Code, Sections 1425(b) and 2.)

The bases for my knowledge and for the foregoing charges are, in part, as follows:

3.    I am a Special Agent assigned to HSI, and I have been personally involved in the investigation of this matter. This Affidavit is based upon my personal participation in the investigation, my examination of reports and records, and my conversations with other law enforcement agents and other individuals. Because this Affidavit is being submitted for the limited purpose of demonstrating probable cause, it does not include all the facts that I have learned during the course of my investigation. Where the contents of documents and the actions, statements, and conversations of others are reported herein, they are reported in substance and in part, except where otherwise indicated.

4.    USCIS Form N-400, titled "Application for Naturalization," is the application form every individual applying for naturalization in the United States must complete. Individuals applying for naturalization in the United States must demonstrate, among other things, an understanding of the English language and basic civics. See 8 U.S.C. § 1423(a). Title 8, United States Code, Section 1423(b)(1) provides for an exception to this requirement for individuals who are "unable because of physical or developmental disability or mental impairment to comply therewith." The N-648 Form is used to document such a disability or impairment, and request a waiver of the English language and civics requirement for

2

naturalization.  N-648 Forms must be certified by a medical doctor, a doctor of osteopathy, or a clinical psychologist.

5.    During the course of this investigation, I have learned that N-400 Forms were submitted to the USCIS in which MARASH MERNACAJ, the defendant, is named as the preparer.  I have also learned that a number of these N-400 Forms were accompanied by N—648 Forms, many of which name MERNACAJ as the Albanian interpreter.  On both types of forms, MERNACAJ's address is listed as 2123 Williamsbridge Road, Bronx, NY 10461.

6.    I have reviewed the N-648 Forms which accompany N-400 Forms on which MARASH MERNACAJ, the defendant, is named as the preparer, filed between June 2012 and January 2015 (the "Subject N-648 Forms"), Based upon my review of the Subject N-648 Forms, I have learned, among other things, the following:

a.    A majority of the Subject N-648 Forms purport to be filled out by three specific medical professionals:  Doctor-1, Doctor-2, and Doctor-3.

b.    On those Subject N-648 Forms in which MERNACAJ is named as the interpreter, MERNACAJ signed his own name, certifying that he had translated communications between the applicant and the medical professional on the day of the examination.

7.    During the course of this investigation, I have interviewed Doctor-1 and Doctor-2.  Both stated that they do not know MARASH MERNACAJ, the defendant, and have never been referred a patient by him.

8.    Based upon my review of the Subject N-648 Forms, I have learned that a number of those forms include signatures that purport to be Doctor-1's and Doctor-2's signatures.

9.    Doctor-1 and Doctor-2 reviewed the Subject N-648 Forms that had been submitted in their names, and stated that the signatures were not theirs.  Doctor-1 and Doctor-2 both provided signature exemplars, and forensic analysis is awaited.

10.   During the course of this investigation, a Field Intelligence Officer from USCIS (the "FIO") interviewed Doctor-3.  Doctor-3 stated, in sum and substance, the following:

3

a.    MARASH MERNACAJ, the defendant, had referred a number of applicants to Doctor-3 between March 2011 and June 2012.  Doctor-3 evaluated those applicants and signed an N-648 Form on their behalf, attesting that they suffered from an impairment which prevented them from understanding English and from answering questions about United States history and civics.

b.    During those examinations, MERNACAJ served as the Albanian interpreter.

c.    After June 2012, however, MERNACAJ no longer referred any applicants to Doctor-3, and Doctor-3 had no further contact with MERNACAJ.

11.    Based upon my review of the Subject N-648 Forms -- all of which were submitted in or after June 2012 -- I have learned that MARASH MERNACAJ, the defendant, signed some of those forms as the interpreter, certifying that he had served as the Albanian interpreter during examinations of applicants by Doctor-3 that took place after June 2012.

12.    The FIO has reviewed the records of Doctor-3, and Doctor-3's records do not reflect any examination of those applicants whose Subject N-648 Forms were submitted after June 2012.

13.    During the course of this investigation, the FIO showed a sample of the Subject N-648 Forms to Doctor-3.  Doctor-3 stated that the signatures in those forms were not Doctor-3's signature.

14.    I have reviewed a forensic analysis report prepared by a trained handwriting examiner working for HSI who reviewed signature exemplars from Doctor-3, and compared those exemplars with seven signatures from Subject N-648 Forms purporting to be Doctor-3's signatures.  The report concluded that there are indications that all seven signatures submitted for analysis had been simulated.

15.    During the course of this investigation, the FIO interviewed three applicants who submitted a Form N-648 containing a forged signature of Doctor-3.  All three applicants were able to identify a photograph of MARASH MERNACAJ, the defendant, as their N-400 preparer and interpreter, but were unable to identify a photograph of Doctor-3.

4

WHEREFORE, the deponent prays that a warrant issue for the arrest of MARASH MERNACAJ, the defendant, and that he be arrested and imprisoned or bailed, as the case may be.


_____
KEVIN J. FALK
Special Agent
Homeland Security Investigations


Sworn to before me this
26 day of February, 2015

_____
HONORABLE KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK